GILLILAND & HAYES, LLC
301 N. Main, Suite 1300
Wichita, Kansas 67202-4813
P: (316) 264-7321 F: (316) 264-8614
mwatson@gh-ks.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JENOISE M. CALLAHAN<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT BLEDSOE, M.D. and<br>WESLEY MEDICAL CENTER, LLC,<br><br>Defendants. | ) | Case No. 16-CV-2310-JAR-GLR |

Pursuant to Chapter 60 of
Kansas Statutes Annotated

**WESLEY MEDICAL CENTER'S SUPPLEMENTAL PRIVILEGE LOG TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Following production of its privilege log to Plaintiff's First Request for Production, it was determined certain paper files related to Dr. Scott Bledsoe's credentialing, peer review and medical staff membership had not been included and thus, Wesley submits the following in supplement:

## I. Scott Bledsoe's Wesley Medical Staff Credentialing File—[Brown File] (63 pages)

1. Confidentiality and Security Agreement (Not dated)
2. Reflex Testing Acknowledgment & Protocols (7/10/10)
3. Conditions of Physician Internet Access (7/10/10)
4. Immunization Verification & Policy (7/10/10)
5. New Physician Orientation Checklist (11/5/09)

6. Copy of Driver's License (*Exp*. 11/23/11)
7. New Physician Checklist (Not dated)
8. Information Verification Program- Completion Profile (9/14/09)
9. Information Verification Program- Letter re Completion (9/14/09)
10. Information Verification Program- Receipt of Application (9/14/09)
11. Conditions of Internet Access (7/21/09)
12. Reflex Testing Acknowledgement & Protocols (7/21/09)
13. Confidentiality and Security Agreement (7/22/09)
14. Letter re Two Year Reappointment (11/18/10)
15. Letter re Appointment to Active Category (10/21/10)
16. Letter re Being Elected to Provisional Membership (10/15/09)
17. WMC Procedure Description (10/15/09)
18. Appointment Application Review (9/27/09)
19. Physician Temporary Privileges Request (Blank form, Not Dated)
20. Certified Mail- Return Receipt (5/1/12)
21. Certified Mail- Letter re Payment of 2012 WMC Staff Dues (4/27/11)
22. Letter re Professional Liability Insurance Renewal & Transmission Report (1/13/11)
23. Letter re Welcome to WMC (10/15/09)
24. Health Care Indemnity, Inc.- Galichia Emergency Services (1/1/12)
25. HCI- Certificate of Insurance (1/30/12)
26. HCSF Policy Details (5/2/12)
27. KaMMCO- Certificate of Insurance (12/19/11)
28. KSBHA Search Results (*Effective* 8/2/10)
29. KSBHA Certificate & Certificate of Renewal (7/1/10)
30. DEA Datafiles (*Exp*. 7/31/12)
31. Controlled Substance Registration Certificate (6/24/09)
32. KaMMCO- Certificate of Insurance (1/13/10)
33. KU School of Medicine- Certificate of Attendance (Not Dated)
34. ABMS Board Certification (8/20/10)
35. ABFM, Inc.- Letter re passing the 2009 Primary Certification Exam (Jan. 2010)
36. KSBHA Search Results (*Effective* 6/22/10)
37. KSBHA Search Results (*Effective* 10/15/09)
38. KSBHA Search Results (*Effective* 9/14/09)
39. KSBHA Certificate & Certificate of Renewal (7/1/09)
40. KaMMCO- Certificate of Insurance (7/13/09)
41. KS HCSF Provider Compliance Info. (9/1/09)
42. Letter re Professional Liability Insurance (7/1/08)
43. Letter re Graduation from Smoky Hill Family Medicine Residency Program (7/13/09)
44. Email re Primary Certification/Recertification Exam (2/26/09)

**Privilege:** See K.S.A. 65-4915(a)(3)(D), (I), (J), (K), (L);

**II. Scott Bledsoe's Medical Staff Application File-- [Blue File] (158 pages)**

45. Galichia Heart Hospital Request for Appointment and Acknowledgement for Credentialing (12/20/11)
46. HCA Request for Consideration (12/20/11)
47. KSBHA Search Results (*Effective* 2/16/12)
48. National Practitioner Data Bank Query Response (*Processed* 2/23/12)
49. Includes background report, public and private database query results (2/27/12)
50. AMA Physician Profile- Accredited Post Graduate Medical Training Programs, Board verification, federal sanction results (3/28/12) (4)
51. Review and Approval Form for Temporary Privileges (5/30/12)
52. Peer Reference Verification Form with conclusions and impressions of reviewer (5/29/12)
53. Letter re Receipt of Online Verification Request (4/9/2012)
54. Background Report (2/27/12)
55. DEA Profile (2/16/12)
56. Kansas License Verification Form (2/16/12)
57. HCA Request for Consideration (12/20/11)
58. National Practitioner Data Bank Query Response (2/23/12)
59. Review and Approval Form for Temporary Consideration to Wesley d/b/a Galichia Heart Hospital (5/22/12)
60. Confirmation of Enrollment in National Practitioner Data Bank (8/29/11)
61. Exclusions Database Search (8/29/2011)
62. National Data Bank Query Response (Processed 4/4/11)
63. KSBHA License Verification (*Effective* 6/22/12)
64. KSBHA License Verification (*Effective* 6/27/11)
65. KSBHA Certificate & Certificate of Renewal (7/1/10)
66. Copy of Kansas Board of Healings Arts License (2010-2011)
67. DEA Profile (*Exp.* 7/20/12)
68. DEA Profile (*Exp.* 8/29/2011)
69. Controlled Substance Registration Certificate (6/24/09)
70. HCI- Certificate of Insurance for Galichia Emergency Services & named insureds (1/30/2012)
71. KaMMCO- Certificate of Insurance (12/19/11)
72. KaMMCO- Certificate of Insurance (1/13/11)
73. KaMMCO- Claims History (6/22/11)
74. American Board Certification (08/2011)
75. ACLS Provider- Certification (8/25/11)
76. ABFM, Inc.- Letter re passing the 2009 Primary Certification Exam (Jan. 2010)
77. Scott Bledsoe Resume (Not Dated)
78. GHH Med Staff Recommendation and Approval Form (9/13/11)

79. Medical Staff Services, Completed Credential File (9/29/11)
80. Medical Staff Services Final Quality Check (Not Dated)
81. GHH Confidentiality Statement (4/4/11)
82. GHH- Signature Verification (Not Dated)
83. CME Certificate re Asthma (1/4/11)
84. Provider Application (2011) (24 pages)
85. Medical Staff Services Applicant Consent and Release (4/4/11)
86. NPI Registry Provider Details (8/29/11)
87. UpToDate CME Certificate (2010)
88. KU School of Medicine- Certificate of CEU Attendance re: coordination of care (10/6/10)
89. ACLS Provider- Certification (5/2009)
90. KU School of Medicine- Certificate of Attendance re: HIT/HIE (4/30/10)
91. Certification Matters (8/29/11)
92. Participating Entity Designation Form (GHH) (4/4011)
93. Letter re Employment Verification for Application (5/17/11)
94. HCA Database search (4/21/11)
95. Letter re Membership/Privileges of Practitioner (6/6/11)
96. GHH Letter re Receipt of Request for Verification of Affiliation (5/17/11)
97. Letter re Application for Appointment- Applicant's Education (8/22/11)
98. Post-Graduate Training Verification (08/5/11)
99. KSBHA Search Results (Effective 8/29/11)
100. Malpractice Claims History (4/4/11)
101. KaMMCO- Claims History (4/21/11)
102. Letter to Kammco re: Request for Verification of Liability Coverage and Claims History (2011)
103. KS HCSF Provider Claim & Compliance Information (4/22/11)
104. DEA License (2009)
105. Registered Offender List Results (8/29/11)
106. Professional References with conclusions of reviewers (2011)
107. Letter re Medicare Provider Enrollment (5/18/11)
108. Letter re Approved Provider added to UniCare's Network 6/23/11)
109. Letter to ESPA providers re: KMAP Enrollment (7/1/11)
110. Copy of Driver's License (*Exp.* 11/23/11)
111. Annual Health Assessment (2011)
112. GHH- professional peer listing (2011)
113. HCA Request for Consideration (5/21/12)
114. Hospital Affiliations listing (Not Dated)
115. HCA Reflex Testing Acknowledgement (5/17/12)
116. GHH Reflex Protocols (Not Dated)

117. HCA Provider Signature Statement (5/15/12)
118. HAC Practitioner Acknowledgement Statement (5/17/12)
119. Provider Confidentiality & Security Agreement (5/17/12)
120. HCA Communicable Disease Screening & Immunization Record (5/17/12)
121. HCA Personnel Vaccination Recommendations (Not Dated)
122. HCA Policy re: Confidentiality & Security Agreements (10/1/10)
123. GHH Letter re All Physicians to be Re-Credentialed through WMC (1/27/12)
124. GHH Letter re Elected Provisional Staff Membership (9/27/11)
125. Letter re Temporary Privileges Granted (4/8/11)
126. GHH- Medical Staff Application (4/1/11) (12 pages)
127. WMC- Approved Privileges (4/3/13)
128. GHH- Request and Approved Privileges 4/15/09 (4 pages)

**Privilege**: See K.S.A. 65-4915(a)(3)(D), (I), (J); NPDB confidentiality: 45 C.F.R. 60.13; HIPAA Protected Health Information privilege: 45 CFR 164.501 *et seq*.; Federal confidentiality privileges for Health Care Fraud and Abuse: 42 U.S.C. 11137

**III. Scott Bledsoe's WMC Medical Staff Peer Review/Quality File [Green File] (69 pages)**

129. Letter to Francie Ekengren, M.D., Chief Medical Officer as Peer Review Officer [*Further identification of this document would waive peer review privilege] (9/8/15)
130. Minutes of Medical Staff Peer Review Executive Session re: Jenoise Callahan care (8/5/2014)
131. Minutes of Medical Staff Peer Review Executive Session re: Jenoise Callahan care (9/2/2014)
132. Proof of mailing regarding Peer Review findings (10/6/2014)
133. Letters to Francie Ekengren, M.D., Chief Medical Officer as Peer Review Officer [*Further identification of this document would waive peer review privilege] (2/2/15 & 5/1/15)
134. Confirmation of notice of Peer Review signed by Dr. Bledsoe (8/30/14)
135. Proof of Mailing regarding Peer Review Findings (8/8/14)
136. Letter to Francie Ekengren, M.D., Chief Medical Officer as Peer Review Officer [*Further identification of this document would waive peer review privilege] (10/13/14)
137. Letter to Dr. Bledsoe re: peer review findings (8/5/2014)
138. Confirmation of notice of Peer Review (blank & undated)
139. Copy of Peer Review procedures section of Medical Staff Bylaws
140. National Practitioner Data Bank Continuous Query Report (7/12/13)
141. Ongoing Professional Practice Evaluation;

   a. Contains information regarding: Evaluation of Quality and Risk Parameters, Patient Care Indexes, Results and Comparisons, Procedure Counts (05/2013)

142. Letter to Dr. Bledsoe re: Ongoing Professional Practice Evaluation from Francie Ekengren, M.D., Chief Medical Officer (4/30/13)
143. Proof of Mailing above document
144. Written submission of Dr. Scott Bledsoe regarding Peer Review (01/2012)
145. Letter to Dr. Scott Bledsoe regarding Peer Review from Francie Ekengren, M.D. chief Medical Officer and Peer Review Officer, with handwritten notes of investigation (01/11/2012)
146. Proof of Mailing of above document
147. Ongoing Professional Practice Evaluation (05/2012)
    a. Contains information regarding: Evaluation of Quality and Risk Parameters, Evaluation of Service Specific Quality Indicators, Patient Care Indexes, Results and Comparisons, results of peer review (05/2012)
    b. Correspondence re: same from Francie Ekengren, M.D. Chief Medical Officer to Dr. Bledsoe (6/6/12)
148. Ongoing Professional Practice Evaluation (05/2011)
    a. Contains information regarding: Evaluation of Quality and Risk Parameters, Evaluation of Service Specific Quality Indicators, Patient Care Indexes--Results and Comparisons, quality status review conclusion
    b. Correspondence re: same from Francie Ekengren, M.D. Chief Medical Officer to Dr. Bledsoe (5/1/11)
149. Email to risk management re: Dr. Bledsoe completing shoulder dystocia drill (05/17/2010)
150. Certificate of Completion for Scott Bledsoe- Postpartum Hemorrhage (05/13/10)
151. Physician Shoulder Dystocia Education Agreement (04/16/10)
152. Physician Fetal Heart Monitor Strips Education Agreement (04/16/10)
153. Letter re Completed Courses addressing High-risk Obstetrical Situations from Chair of Family Medicine Executive Committee Tana Goering, M.D. (2/22/10)
154. Reappointment Profile (11/2010) (Quality Data Collection)
    a. Contains information regarding: Evaluation of Quality and Risk Parameters, Evaluation of Service Specific Quality Indicators, Patient Care Indexes--Results and Comparisons, quality status review conclusion
155. Letter re Professional Reference for Reappointment with opinions of reviewer (07/2010)
156. WMC Medical Staff Department Recommendation for Reappointment with conclusions of reviewer (10/13/2010)
157. Letter re Professional Reference for Reappointment with opinions of reviewer (08/2010)
158. National Practitioner Data Bank Query Response (7/16/10)

159. Approved Privileges of Scott Bledsoe MD (12/06/2010)
160. WMC- Peer Review Evaluation of Medical Staff Membership
    a. Contains information regarding: Evaluation of Quality and Risk Parameters, Evaluation of Service Specific Quality Indicators, Patient Care Indexes--Results and Comparisons, quality status review conclusion
    b. DEA Datafiles query results (9/7/2010)
    c. Government Exclusion query results (9/7/2010)
    d. KSBHA Search Results (9/7/10)
161. Letter to Dr. Bledsoe from Peer Review Committee Chair re: Care and Treatment of Jenoise Callahan (5/21/14)(duplicate of previous privilege log)
162. Timeline of care on 3/29/2014 for another patient of Dr. Bledsoe (drafted by risk manager) (duplicate of previous privilege log)

**Privilege:** *See* K.S.A. 65-4915(a)(3)(A), (B), (D), (E), (I), (J), (K), (L); 65-4925(a)(1), (2), (4);

Respectfully submitted,

GILLILAND & HAYES, LLC

*<u>/s/ Michelle M. Watson</u>*
Michelle M. Watson, #18267
mwatson@gh-ks.com
*Attorneys for Defendant Wesley Medical Center*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of February, 2017, a true and correct copy of the above and foregoing Wesley Medical Center's Supplemental Privilege Log was EMAILED to the following:

Lynn R. Johnson, #07041 ljohnson@sjblaw.com
David R. Morantz, #22431 dmorantz@sjblaw.com
Paige L. McCreary, #27154 pmccreary@sjblaw.com
SHAMBERG, JOHNSON & BERMAN, CHTD
2600 Grand Boulevard, Ste. 550
Kansas City, MO 64108
*Attorneys for Plaintiff, Jenoise M. Callahan*

Chad Moody, #27141 chad@rodolftodd.com
Dustin A. Bradley, #23663 dustin@rodolftodd.com
RODOLF & TODD
401 S. Boston Ave., Suite 2000
Tulsa, OK 74103
*Attorneys for Defendant, Scott Bledsoe, M.D.*

Rita Noll
Health Care Stabilization Fund

*/s/ Michelle M. Watson*
Michelle M. Watson, #18267