GILLILAND & HAYES, LLC
301 N. Main, Suite 1300
Wichita, Kansas 67202-4813
P: (316) 264-7321  F: (316) 264-8614
mwatson@gh-ks.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENOISE M. CALLAHAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT BLEDSOE, M.D. and )<br>WESLEY MEDICAL CENTER, LLC, )<br>)<br>Defendants. )<br>_____ ) | Case No.  16-CV-2310-JAR-GLR |

Pursuant to Chapter 60 of
Kansas Statutes Annotated

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT WESLEY MEDICAL CENTER, LLC**

Now on this 21st day of April, 2017, the above captioned case comes on for joint stipulation dismissing Defendant Wesley Medical Center, LLC from this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties appear by and through the attorneys signing this Journal Entry.  There are no other appearances.

WHEREUPON, it is by the Court considered ordered, adjudged and decreed that the claims asserted in this lawsuit should be and are hereby dismissed with prejudice as to Defendant Wesley Medical Center, LLC pursuant to joint stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This dismissal with prejudice shall not affect the pendency of Plaintiff's action as against the remaining Defendant, Scott Bledsoe, MD.  The costs of this

action, insofar as they involve Wesley Medical Center, LLC shall be born by the party incurring the same.

Approved By:

SHAMBERG, JOHNSON & BERMAN, CHTD

/s/Lynn R. Johnson
Lynn R. Johnson, #07041
David R. Morantz, #22431
Paige L. McCreary, #27154
2600 Grand Boulevard, Ste. 550
Kansas City, MO 64108
*Attorneys for Plaintiff, Jenoise M. Callahan*

GILLILAND & HAYES, LLC

/s/Michelle M. Watson
Michelle M. Watson, #18267
John H. Gibson, #07512
301 N. Main, Suite 1300
Wichita, KS 67202
*Attorneys for Defendant Wesley Medical Center, LLC*

RODOLF & TODD

/s/Chad Moody
Chad Moody, #27141
Dustin A. Bradley, #23663
401 S. Boston Ave., Suite 2000
Tulsa, OK 74103
*Attorneys for Defendant, Scott Bledsoe, M.D.*