**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JENOISE M. CALLAHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  16-CV-2310-JAR-GLR |
| ) | |
| SCOTT BLEDSOE, M.D., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Chapter 60 of
Kansas Statutes Annotated

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO**
**DEFENDANT SCOTT BLEDSOE, M.D.**

Now on this 2nd day of August, 2017, the above captioned case comes on for joint stipulation dismissing Defendant Scott Bledsoe, M.D. from this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has agreed to the dismissal without prejudice on the following conditions: if the case is re-filed, then (1) the discovery from this case stands; and (2) litigation of a re-filed case will resume where this case left off.  The parties appear by and through the attorneys signing this Journal Entry.  There are no other appearances.

WHEREUPON, it is by the Court considered ordered, adjudged and decreed that the claims asserted in this lawsuit should be and are hereby dismissed without prejudice as to Defendant Scott Bledsoe, M.D. pursuant to joint stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). If this case is re-filed, then (1) the discovery from this case stands; and (2) litigation of a re-filed case will resume where this case left off.  The costs of this action, insofar as they involve Scott Bledsoe, M.D. shall be born by the party incurring the same.

Respectfully submitted,

SHAMBERG, JOHNSON & BERGMAN, CHTD.

*/s/ Paige L. McCreary*
Lynn R. Johnson, #07041
David R. Morantz, #22431
Paige L. McCreary, #27154
2600 Grand Boulevard, Suite 550
Kansas City, MO  64108
P: 816 474-0004 / F: 474-0003
ljohnson@sjblaw.com
dmorantz@sjblaw.com
pmccreary@sjblaw.com
**ATTORNEYS FOR PLAINTIFF**

**APPROVED BY:**

*/s/ Paige L. McCreary*
Lynn R. Johnson, #07041
David R. Morantz, #22431
Paige L. McCreary, #27154
SHAMBERG, JOHNSON & BERMAN, CHTD
2600 Grand Boulevard, Ste. 550
Kansas City, MO 64108
**ATTORNEYS FOR PLAINTIFF**

*/s/ Chad Moody*
Chad Moody, #27141
Dustin A. Bradley, #23663
RODOLF & TODD
401 S. Boston Ave., Suite 2000
Tulsa, OK 74103
**ATTORNEYS FOR DEFENDANT BLEDSOE M.D.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to the following:

Chad Moody, #27141
Dustin A. Bradley, #23663
RODOLF & TODD
401 S. Boston Ave., Suite 2000
Tulsa, OK 74103
**ATTORNEYS FOR DEFENDANT BLEDSOE MD**

                         */s/ Paige L. McCreary*
                         **ATTORNEYS FOR PLAINTIFF**